# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 19, 2010

Steven M. Larimore
United States District Court
301 N. Miami Avenue, Room 150
Miami, FL 33128-0000

Appeal Number: 10-10256-FF
Case Style: Francisco Dasilva v. Vozzcom, Inc., et al
District Court Docket No: 9:08-cv-80040-JMH

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mamendella York
Phone #: 404-335-6175

Enclosure(s)

DIS-4 Multi-purpose dismissal letter